FILED

06 OCT 11  AM 8: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDU          DEPUTY

BY:

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br><br>Plaintiff-Appellee,<br><br>v.<br><br>ALEJANDRO ORTEGA-PINEDA,<br><br>Defendant-Appellant. | Civil No.   Southern District No.<br>06cr0127-GT<br><br>Ninth Circuit No.<br>06-50370<br><br>**ORDER APPOINTING COUNSEL** |

On October 2, 2006, the Ninth Circuit ordered Magistrate Judge Louisa S Porter to locate counsel for Defendant-Appellant ALEJANDRO ORTEGA-PINEDA.  Therefore, **IT IS HEREBY ORDERED**:

1.     **Georgia K. McMillen, Esq.,** is appointed to represent Defendant-Appellant ALEJANDRO ORTEGA-PINEDA, Southern District of California number 06cr0127-GT, Ninth Circuit number 06-50370.

2.     The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, the attached docket sheet, and the attached order *immediately* to **Georgia K. McMillen, Esq., P.O. Box 1512 Wailuku, HI 96793.**  Counsel's telephone number is **(808) 242-4343**.

///

3.      The Clerk of the Court for the Southern District of California shall mail a courtesy copy of

this order to the United States Court of Appeals for the Ninth Circuit *immediately*.


DATED: _10/10/06_


LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc:      All parties
         Ninth Circuit Court of Appeals
         District Judge
         CRD Preparing Vouchers